Received at: 10:41AM, 10/5/2006
10/03/2006  20:16  6192368820          RONIS RONIS                    PAGE  02/02

JAN EDWARD RONIS
ATTORNEY AT LAW
California State Bar No. 51450
105 West "F" Street, Third Floor
San Diego, California 92101-6036
Telephone (619) 236-8344

FILED
06 OCT -6 AM 10: 30
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   Case No. 05CR1350
       Plaintiff,           )   **ORDER**
v.                          )
ERIKA MOTTA,               )
       Defendant.          )

## ORDER

IT IS HEREBY ORDERED, based upon the foregoing stipulation, that defendant ERIKA MOTTA'S bond travel restrictions be modified allowing her to travel from her residence in San Diego, California to Tijuana, Mexico on Friday, October 13, 2006 and returning Sunday, October 15, 2006. Defendant will report to her pretrial services officer before she leaves and upon her return.

SO ORDERED.

Dated: __10-5-06__

_____
HONORABLE DANA M. SABRAW
United States District Court Judge